UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-06397 |
| ) | |
| v. ) | Judge Charles P. Kocoras |
| ) | |
| JOHN DOE subscriber assigned IP ) | Magistrate Judge Jeffrey T. Gilbert |
| Address 73.75.177.43, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNREDACTED REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT UNDER SEAL**

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves the Court for leave to file unredacted versions of its Request for Entry of Default and Motion for Default Judgment under seal, as follows:

1. Plaintiff Strike 3 Holdings commenced this litigation on August 29, 2023, by filing an initial Complaint against the then-unknown subscriber to IP address 73.75.177.43 infringement of Plaintiff's adult works via the BitTorrent protocol. Dkt. 1. The Court authorized Plaintiff to take limited early discovery, Dkt. 9, and Plaintiff issued a subpoena for the subscriber's name and address on the relevant Internet Service Provider ("ISP"). Plaintiff does *not* reflexively prosecute subscribers, yet upon further investigation of the subscriber's connection to the infringement, Plaintiff determined that Defendant (who happens to be the subscriber)–and not someone else– was the likely infringer.

2. Accordingly, it filed a redacted First Amended Complaint ("FAC") on November 30, 2023, under seal. Dkt. 13. Concurrent with the FAC, Plaintiff filed a Motion for Leave to File Unredacted Versions of Plaintiff's First Amended Complaint, Proposed Summons and Return of Service under Seal ("Motion"). Dkt. 14. The Court granted Plaintiff's motion. Dkt. 16.

1

3. Here, Plaintiff similarly requests that the Court allow Plaintiff to file its unredacted motions for Default and Default Judgment under seal.

4. "To proceed anonymously, a party must demonstrate 'exceptional circumstances' that outweigh both the public policy in favor of identified parties and the prejudice to the opposing party that would result from anonymity." *Doe v. Vill. of Deerfield*, 819 F.3d 372, 377 (7th Cir. 2016). Courts have recognized that anonymous litigation may be permitted in 'matters of a sensitive and highly personal nature such as birth control, abortion, homosexuality or the welfare rights of illegitimate children or abandoned families.'" *Malibu Media, LLC v. Reynolds*, No. 12 C 6672, 2013 WL 870618, at *7 (N.D. Ill. Mar. 7, 2013), quoting *South Methodist Univ. Ass'n of Women Law Students v. Wynne & Jaffe*, 599 F.2d 707, 712–13 (5th Cir.1979). More specifically, this court has held that "[a] disputed allegation that Doe illegally downloaded (and presumably viewed) a pornographic movie fits within this framework." *Sunlust Pictures, LLC v. Does 1-75*, No. 12 C 1546, 2012 WL 3717768, at *5 (N.D. Ill. Aug. 27, 2012).

5. Plaintiff alleges that Defendant downloaded and distributed Plaintiff's adult content movies via the BitTorrent network. "Because Doe (as a defendant) has not purposely availed himself of the courts, the public's interest in knowing his identity is weaker." *Id.* As such, Plaintiff is of the position that the facts of this case constitute 'exceptional circumstances' that outweigh both the public policy in favor of identified parties and any prejudice Plaintiff would face resulting from Defendant's anonymity at this juncture of litigation.

6. Plaintiff respectfully requests entry of an order permitting it to file an unredacted version of its Request for Entry of Default and Motion for Default Judgment under seal so that it may include Defendant's name, address and other central to Plaintiff's claim and request for a default judgment.

WHEREFORE, Plaintiff respectfully requests an entry of an order permitting Plaintiff to file is unredacted Request for Entry of Default and Motion for Default Judgment under seal. A proposed order is attached for the Court's convenience.

Dated: May 23, 2024            Respectfully submitted,

                                             By: /s/ *Patrick Joseph Walsh*
                                                    Patrick Joseph Walsh
                                                    Griffin Williams McMahon & Walsh, LLP
                                                    21 N Fourth Street
                                                    Geneva, IL 60134
                                                    630-457-4242
                                                    Email: pwalsh@gwmwlaw.com
                                                    ARDC No. 6287629